**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HOMESALES, INC.,**

      **Plaintiff,**

  vs.                                            **Civil Action 2:10-CV-421**
                                                        **Judge Frost**
                                                        **Magistrate Judge King**

**FREDERICK H. MITCHELL,** *et al.,*

      **Defendants.**

**ORDER**

      Defendant Frederick H. Mitchell filed a notice of removal of this action from the Gwinnett County, Georgia, Magistrate's Court. Doc. No. 2. On May 14, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be remanded to the court from which it was removed. *Report and Recommendation*, Doc. No. 5. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, *see id.*, there has nevertheless been no objection to that *Report and Recommendation.*

      The *Report and Recommendation* is therefore **ADOPTED** and **AFFIRMED**.

      This action is hereby **ORDERED REMANDED** to the Gwinnett County, Georgia, Magistrate's Court.

                                                                        /s/ Gregory L. Frost
                                                                      Gregory L. Frost
                                                             United States District Judge